UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PETER C. BULLETTI, | No. C 11-5368 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TERRY STRADTMAN, | |
| Defendant. | |

On November 4, 2011, Plaintiff Peter C. Bulletti filed the above-captioned complaint, seeking review of an adverse decision by the Social Security Administration. Since that time, there is no indication that Defendant has been properly served. Accordingly, the Court hereby ORDERS Plaintiff Peter Bulletti to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 28, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER C BULLETTI,

        Plaintiff,

  v.

TERRY STRADTMAN,

        Defendant.

Case Number: 11-05368 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter C. Bulletti
P.O. Box 59
Concord, CA 94522

Dated: June 7, 2012

                Richard W. Wieking, Clerk
                By: Rose Maher, Deputy Clerk