UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PETER C. BULLETTI,<br><br>           Plaintiff,<br>     v.<br><br>TERRY STRADTMAN,<br><br>           Defendant.<br>_____/ | No. C 11-5368 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On November 4, 2011, Plaintiff Peter C. Bulletti filed the above-captioned complaint, seeking review of an adverse decision by the Social Security Administration. As there was no indication that Defendant had been served, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 8. Having received Plaintiff's response (Dkt. No. 9), the Court DISCHARGES the order to show cause. Plaintiff shall ensure that Defendant is properly served by July 19, 2012. All dates in the November 4, 2011 Social Security Procedural Order (Dkt. No. 2) are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER C BULLETTI,

        Plaintiff,

  v.

TERRY STRADTMAN,

        Defendant.

Case Number: 11-05368 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter C. Bulletti
P.O. Box 59
Concord, CA 94522-0059

Dated: July 2, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2