UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PETER C. BULLETTI,<br><br>              Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant.<br>_____/ | No. C 11-5368 MEJ<br>Related Case No. 12-682 MEJ<br><br>**ORDER VACATING CMC** |

      The Court is in receipt of the parties' Case Management Statements in these related cases. As Defendant intends to file motions to dismiss both cases on jurisdictional grounds, the Court VACATES the August 23, 2012 Case Management Conference. Defendant shall file his motions to dismiss by August 24, 2012. All briefing by both parties shall comply with Civil Local Rule 7.

      **IT IS SO ORDERED.**

Dated: August 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER C BULLETTI,

        Plaintiff,

  v.

TERRY STRADTMAN,

        Defendant.

Case Number: 11-05368 MEJ
Related Case No. 12-682 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter C. Bulletti
P.O. Box 59
Concord, CA 94522-0059

Dated: August 16, 2012

                      Richard W. Wieking, Clerk
                      By: Rose Maher, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California