UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PETER C. BULLETTI,<br><br>    Plaintiff,<br> v.<br><br>TERRY STRADTMAN,<br><br>    Defendant.<br>_____/ | No. C 11-5368 MEJ<br>Related case: 12-682 MEJ<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO CONSOLIDATE** |

On September 4, 2012, Plaintiff Peter C. Bulletti filed a motion to consolidate these two related cases. However, as the cases are already related and pending before a single judge, and there are motions to dismiss pending in both cases, Plaintiff's motion is DENIED WITHOUT PREJUDICE. If both cases survive the motions to dismiss, the Court shall reconsider Plaintiff's motion at that time.

As to the pending motions to dismiss, Plaintiff is reminded that all briefing must be in compliance with Civil Local Rule 7. Thus, any opposition(s) to Defendant's motions is/are due by September 7, 2012.

**IT IS SO ORDERED.**

Dated: September 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETER C BULLETTI,

        Plaintiff,

  v.

TERRY STRADTMAN,

        Defendant.

Case Number: 11-05368 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter C. Bulletti
P.O. Box 59
Concord, CA 94522-0059

Dated: September 6, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2